IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

Securities and Exchange Commission,        :
                                           :
                        Plaintiff,         :
                                           :
v.                                         :   **Civil Action No. 4:05CV00368-HEA**
                                           :
TALX Corporation,                          :
                                           :
                        Defendant.         :
                                           :

## ORDER TO DISBURSE FUNDS TO PAY FEES OF TAX ADMINISTRATOR

The Court, having reviewed the Securities and Exchange Commission's

Unopposed Motion to Disburse Funds to Pay Fees of Tax Administrator, and the

supporting Declaration of the Tax Administrator, and for good cause shown,

**HEREBY ORDERS THAT:** $1,516.46 may be disbursed from the Distribution Fund in

order to pay the Tax Administrator, Damasco & Associates, for services provided related

to the 2006 tax year.

Dated: _3 ./3·Q/_

UNITED STATES DISTRICT JUDGE